# EXHIBIT 1

Robert Abrams
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304

Gabriel Aizenberg
Greenberg Traurig LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601

Paul Alexander
Arnold & Porter LLP
Suite 110
1801 Page Mill Road
Palo Alto, CA 94304-1216

Brent Allen
Greenberg Traurig LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

David Anderson
Hoke LLC
117 N. Jefferson Street
Suite 100
Chicago, Illinois 60661

Allen Bachman
Eckert Seamans LLP
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006

Gregory Baker
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304

Gregory Ballard
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Katherine M. Basile
Novak Druce Quigg LLP
21771 Stevens Creek Blvd.
Cupertino, CA 95014

James Batchelder
Ropes & Gray LLP
1900 University Avenue 6th Floor
East Palo Alto, CA 94303-2284

Richard Beckler
Bracewell & Giuliani
2000 K Street NW
Suite 500
Washington, D.C. 20006-1872

Michael Bell
Novak Druce Quigg LLP
300 New Jersey Avenue, N.W.
Fifth Floor
Washington, D.C. 20001

Gary Bendinger
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Walter Berger
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242

Jill Berkeley
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois  60602-3801

Darren Bernhard
Intel Corproation
1155 F St NW
Potomac, MD 20854

Paul Berning
Law Offices of Paul W Berning
2381 Mariner Square Dr Ste 180
Alameda, CA 94501

David Bilsker
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, California  94111

John Bogart
Telos VG, PLLC
299 S. Main
Suite 1300
Salt Lake City, Utah 84111

Sean Boland
Baker Botts
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

Arent Fox LLP
Terree Bowers
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

Robert J. Brookhiser
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304

Lester Brown
Perkins Coie LLP
1888 Century Park E.
Suite 1700
Los Angeles, California  90067-1721

Renee DuBord Brown
Tessera
3025 Orchard Pkwy
San Jose, CA 95134

John Bruce
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304

Barbara O. Bruckmann
Baker Botts LLP
1299 Pennsylvania Avenue NW
The Warner Building
Washington, D.C. 20004

Henry Bunsow
Bunsow, De Mory, Smith & Allison LLP
55 Francisco St 6th Fl
San Francisco, CA 94133

David Buoncristiani
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Richard Burdge
The Burdge Law Firm PC
500 S Grand Ave Ste 1500
Los Angeles, CA 90071

Kevin A. Burke
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019

Patricia G Butler
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226

Stephen Cagle
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242

Mary Craig Calkins
Jenner & Block LLP
633 W 5th St Ste 3600
Los Angeles, CA 90071

Cono Carrano
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Isabelle Carrillo Smith
Montage Legal Group
P.O. Box 14455
Irvine, CA 92623

Joanne Caruso
Jacobs Engineering Group
1111 South Arroyo Pkwy
Pasadena, CA 91105

Richard W. Casey
Sidley Austin LLP
555 California Street
San Francisco, California  94104

Peter J. Chassman
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242

Korula Cherian
Hogan Lovells US LLP
3 Embarcadero Ctr 15th Fl
San Francisco, CA 94111

Tyrone Childress
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

David Clough
Morgan, Lewis & Bockius LLP
77 West Wacker Dr.
Chicago, IL 60601-5094

Gregory Commins
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304

Stephen Cook
Rus, Miliband & Smith
Von Karman Towers
2211 Michelson Drive, Seventh Floor
Irvine, California 92612

Alan Cooper
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Teresa Corbin
Fenwick & West LLP
555 California Street
San Francisco, CA 94104

Gregory Cordrey
Jeffer Mangels Butler & Marmaro LLP
3 Park Plz Ste 1100
Irvine, CA 92614

Frank Coté
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408

Mike Cowie
Dechert LLP
1775 I Street, NW
Washington, DC  20006

Robert Cox
Public Company Accounting Oversight
Board
1666 K Street, NW
Washington, DC 20006-2803

Martin Cunniff
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Paul Cuomo
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Roman Darmer
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408

Ben Davidson
Davidson Law Group, a Law Corporation
11377 W Olympic Blvd
Los Angeles, CA 90064

Lloyd Day
Wilmer Cutler Pickering Hale & Dorr
LLP
950 Page Mill Rd
Palo Alto, CA 94304

Lara Degenhart Cassidy
Perkins Coie LLP
700 Thirteenth Street N.W.
Washington, D.C.  20005-3960

David T. Dekker
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1122

Denise DeMory
Bunsow De Mory Smith & Allison LLP
55 Francisco St, Ste 600
San Francisco, CA 94133

Kenneth Donnelly
U.S. Securities & Exchange Commission
100 F Street NE
Washington DC 20549

Michael Dowler
Park, Vaughan & Fleming LLP
2820 Fifth Street
Davis, CA 95618-7759

Christine A. Dudzik
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois  60606

Gregory Duffey
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242

Thomas Dunham
Novak Druce + Quigg LLP
300 New Jersey Avenue, N.W.
Fifth Floor
Washington, D.C.  20001

Wesley Felix
Snell & Wilmer
15 W South Temple #1200
Salt Lake City, UT 84101

Thomas Fina
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Eric Fingerhut
Dykema Gossett PLLC
1300 I Street N.W.
Suite 300 West
Washington, D.C.  20005

Amy Fink
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Gary Fischman
Fischman & Lundwall PLLC
710 North Post Oak Road, Suite 101
Houston, TX 77024

Vanessa Forsythe
Sunrise Senior Living, INC
7900 Westpark Dr Ste T900
Mclean, VA 22102

Rene Friedman
INTL FCStone Inc.
230 South LaSalle
Suite 10-500
Chicago, IL 60604

John Froemming
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001-2113

Robert Galvin
WilmerHale
950 Page Mill Roa0
Palo Alto, California 94304

Jeffrey Gans
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037-1122

Jerrold Ganzfried
Holland & Knight LLP
800 17th Street NW, Suite 1100
Washington, DC 20006

Scott Garner
Morgan, Lewis & Bockius LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614-3508

Bobby Ghajar
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406

Dale Giali
Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, California  90071-1503

Theresa Gillis
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Martha Gooding
Jones Day
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408

Robert Gooding
Morgan, Lewis & Bockius
5 Park Plaza, Suite 1750
Irvine, CA 92614

Magistrate Judge
Paul Singh Grewal
San Jose Courthouse, Room 5 - 4th Floor
280 South 1st Street, San Jose, CA 95113

Alan Grimaldi
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101

Jacqueline Grise
Cooley LLP
777 6th Street, NW
Suite 1100
Washington, DC 20001

James Jay Guiliano
Novak Druce + Quigg LLP
300 New Jersey Avenue, N.W., 5th Floor
Washington, D.C. 20001

John Hamann
Hamilton, Brook, Smith & Reynolds, PC
530 Virginia Road
Concord, MA 01742-9133

Edward Han
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Jan Handzlik
Venable LLP
2049 Century Park East
Suite 2100
Los Angeles, CA 90067

Robert Harkins
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104-2806

C. Scott Hataway
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005

John Heisse
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

Roxann Henry
Morrison Foerster
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888

William Henry
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

James Hibey
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Matthew Hocker
Hocker Law Office
306 W Pike St
Vevay, IN 47043

Lisa Hsiao
USDOJ Consumer Protection Branch
450 5th St NW Ste 6400
Washington, DC 20001

Thomas Isaacson
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Robert Jacobs
Perkins Coie LLP
700 Thirteenth Street N.W.
Washington, D.C.  20005-3960

Sarah Jalali
Hogan Lovells LLP
3 Embarcadero Center, Suite 1500
San Francisco, CA 94111

Thomas Jenkins
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Jeffrey Judd
Judd Law Group
222 Sutter Street, Suite 600
San Francisco, CA 94108

Pamela Kane
Federal Communications Commission
445 12th Street SW
Washington, DC 20554

Susan Kayser
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001-2113

Christopher Kelley
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

Gilbert Keteltas
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304

John Keville
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Cecil Key
Law Offices of Cecil Key
1934 Old Gallows Road
Suite 350
Vienna, VA 22182

Kelly Kirkland
Fulkerson Lotz LLP
700 Louisiana St., Ste. 4700
Houston, TX 77002-2773

Leigh Kirmsse
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012

Mark Klapow
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

Roger Klein
Sheppard Mullin Richter & Hampton LLP
1300 I Street, N.W.
11th Floor East
Washington, DC 20005

Kenneth Kliebard
Morgan, Lewis & Bockius
77 West Wacker Drive
Chicago, IL 60601

Erik Koons
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Karin Kamer
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Robert Kramer
SNR Denton
1530 Page Mill Road
Suite 200
Palo Alto, CA 94304-1125

Patricia Kammerer
Novak Druce + Quigg LLP
1000 Louisiana Street, 53rd Floor
Houston, Texas 77002

James Kress
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Viola Kung
Perkins Coie LLP
3150 Porter Drive
Palo Alto, California 94304-1212

Vivian Kuo
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817

Seth Lamden
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois 60602-3801

Nancy Lapidus
Vossler Law Group
8200 Greensboro Drive, Suite 900
McLean, VA 22102

Robert Laurenson
Intellectual Ventures
3150 139th Ave SE
Building 4
Bellevue, WA 98005

Joseph Lavelle
DLA Piper
500 Eighth Street, NW
Washington, DC 20004

Andrew Lazerow
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Joseph Lechtenberger
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Senator Michael Lee
316 Hart Senate Office Building
Washington, D.C. 20510

Jeffrey M Lenser
Kilpatrick Townsend & Stockton LLP
607 14th Street NW
Suite 900
Washington DC 20005

Melissa Lesmes
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037

Ezra Levine
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006

Stephen Libowsky
SNR Denton
233 South Wacker Drive, Suite 7800
Chicago, IL  60606-6404

Joanne Lichtman
Baker & Hostetler LLP
555 South Flower Street, 42nd Floor
Los Angeles, CA 90071

Kent Lindsay
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

David Lisi
DLA Piper
2000 University Avenue
East Palo Alto, California 94303-2214

Ethan Litwin
Hugh Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Don Livornese
Livornese Law Group
1500 Rosecrans Ave, Ste 500
Manhattan Beach, CA 90266

Jonathan Loeb
Dechert LLP
2440 W. El Camino Real, Suite 700
Mountain View, California  94040-1499

David Long
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW, Suite
800
Washington, DC 20036-6802

Charles Loughlin
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Daven Lowhurst
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Steve Lundwall
Fischman & Lundwall PLLC
710 North Post Oak Road, Suite 101
Houston, TX 77024

John F. Lynch
4123 Paradise Bay Road
Port Ludlow WA 98365

Christopher Macavoy
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Margaret Macdonald
Perkins Coie LLP
700 13th Street NW
Washington, DC 20005-3960

David Mancini
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC 20004

William Martin
Hamline University School of Law
1536 Hewitt Avenue
Saint Paul, MN 55104-1284

Stephen Masterson
Glaser Weil Fink Jacobs Howard Avchen
& Shapiro LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067

Duane Mathiowetz
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

Elizabeth McCallum
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC  20036-5304

James McCarney
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY  10112

Michael McGaughey
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109

Todd McLawhorn
McLawhorn Law Offices
407 S. Dearborn Street, Suite 1310
Chicago, IL 60605

Thomas McMahon
Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, California  90067-1721

Michael McNamara
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037

Scott Mendeloff
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL  60601

David Meyer
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

Keith A. Meyer
Reed Smith
355 South Grand Avenue, Suite 2900
Los Angeles, California  90071

Helen K. Michael
Kilpatrick Townsend & Stockton LLP
Suite 900, 607 14th Street, NW
Washington, DC  20005-2018

Peter Moll
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Matthew Moore
Latham & Watkins LLP
 555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304

Jackie Nakamura
19630 Allendale Ave # 3551
Saratoga, CA 95070

Floyd Nation
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

William Nelson
Tensegrity Law Group LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065

Andrew Ness
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

James Newland
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004

John Nields
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

John Nilsson
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Dimitri J. Nionakis
Admirals Bank
200 Clarendon Street
Boston, Massachusetts 02116

John D. Norris
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Kevin O'Brien
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001-2113

Stephen O'Neal
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

John O'Neill
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Joseph Ostoyich
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Michael Padden
Levenfeld Pearlstein, LLC
2 North LaSalle Street Suite 1300
Chicago, Illinois  60602

Melinda Patterson
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Henry Petri
Novak Druce + Quigg LLP
300 New Jersey Avenue, NW
5th Floor
Washington, DC 20001

Fiona Philip
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005

Robert Phillips
Reed Smith
355 South Grand Ave., Suite 2900
Los Angeles, CA 90071

Andrew Piatnicia
12508 Woodside Ct
Saratoga, CA 95070

James Pistorino
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

Curtis Porterfield
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071

William Purcell
Lankler Carragher & Horwitz LLP
415 Madison Avenue, 16th Floor
New York, NY 10017

Romeo Quinto
Morgan, Lewis & Bockius LLP
77 West Wacker Dr.
Chicago, IL 60601-5094

John Ralls
Ralls & Niece LLP
1700 S. El Camino Real, Suite 215
San Mateo, CA 94402

Constance Ramos
Hogan Lovells LLP
3 Embarcadero Center, Suite 1500
San Francisco, California  94111

Jason Raofield
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Andrew Reidy
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006-5403

Bert Reiser
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304

Michael Resch
Mayer Brown LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503

Jonathan Retsky
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

William Bradford Reynolds
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Glenn Rhodes
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

Benjamin Riley
Bartko, Zankel, Tarrant & Miller
900 Front Street, Suite 300
San Francisco, CA 94111

James Rill
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Richard Ripley
Haynes and Boone, LLP
1615 L Street, NW, Suite 800
Washington, DC 20036-5610

William Rooklidge
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408

Paul Rooney
The Exeter Law Group LLP
40 Wall Street, Floor 28
New York, NY 10005

Brian Rosenthal
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101

Robert Ruyak
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817

Lee Saber
Cognizant Technology Solutions
500 Frank W. Burr Boulevard
Teaneck, NJ 07666

Jeannine Yoo Sano
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Linda Sasaki-Baxley
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

Mark Schechter
Cooley LLP
777 6th Street, NW
Suite 1100
Washington,  DC 20001

Marc Schildekraut
Cooley LLP
777 6th Street, NW, Suite 1100
Washington, DC 20001

Eric Schlichter
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Scott Schutte
Morgan Lewis
77 West Wacker Drive
Chicago, IL 60601-5094

Laura Shores
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, District Of Columbia 2000

Robert H. Shulman
Manatt, Phelps & Phillips, LLP
700 12th Street NW, Suite 1100
Washington, DC, 20005

Daniel Shvodian
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212

Brian Simmons
Ahmad, Zavitsanos, Anaipakos, Alavi &
Mensing, P.C.
3460 One Houston Center
1221 McKinney Street
Houston, Texas 77010-2009

Jennifer Sklenar
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

Brian Smith
Bunsow, De Mory, Smith & Allison LLP
55 Francisco St Fl 6
San Francisco, CA 94133

Richard Stanley
Law Office of Richard L. Stanley
PO Box 7967
Houston, TX 77270

David Steuber
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

David R Stewart
Vulcan, Inc.
505 5th Ave S Ste 900
Seattle, WA 98104

Michael Stimson
Jones Day
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408

Michael Stolarski
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL  60606

Rachael Strong
Georgetwon Law
600 New Jersey Avenue N.W., Suite 352
Washington, DC 20001

Henry Su
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Christopher Sullivan
Snell & Wilmer LLP
15 W South Temple #1200
Salt Lake City, UT  84101-1531

Earnest Summers
Faegre Baker Daniels LLP
311 S. Wacker Drive, Suite 4400
Chicago, Illinois 60606-6622

John Taladay
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Koorosh Talieh
Perkins Coie LLP
700 Thirteenth Street N.W.
Washington, D.C.  20005-3960

Clark Thiel
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Robert Thum
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017

Andrew Tower
Collins Edmonds Pogorzelski Schlather &
Tower, PLLC
1616 S. Voss Rd., Ste. 125
Houston, Texas 77057

Peter Tracey
Perkins Coie LLP
700 Thirteenth Street N.W.
Washington, D.C.  20005-3960

William Um
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California  90071

Peter Unger
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339

Robert Unikel
Kaye Scholer LLP
Three First National Plaza
70 West Madison Street, Suite 4200
Chicago, IL  60602-4231

James Valentine
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304

Tyler VanHoutan
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Janelle Waack
Novak Druce + Quigg LLP
1000 Louisiana Street, 53rd Floor
Houston, TX 77002

Robert Scott Wales
Hogan Lovells LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111

Joseph Walker
Squire Sanders
1200 19th Street, N.W.
Suite 300
Washington, District of Columbia 20003

Brian Wallach
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, N.W.
Washington, DC 20001

Elizabeth Weaver
Fulbright & Jaworski LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071

William Webber
Amgen Global Government Affairs
601 13th Street N.W.
12th Floor
Washington, DC 20005

Stephen Weissman
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Evan Werbel
Baker Botts
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004-2400

Barbara Werther
Ober Kaler
1401 H Street, NW
Suite 500
Washington, DC 20005

William West
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037

Merritt Westcott
Winston & Strawn LLP
1111 Louisiana, 25th Floor
Houston, TX 77002-5242

Mark Whitaker
Baker Botts
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400

Jason White
Morgan Lewis
77 West Wacker Drive
Chicago, IL 60601-5094

Thomas Williams
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Alan Wiseman
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Matthew Wolf
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Wallace Wu
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

Steven Yovits
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Carmine Zarlenga
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101

Paris Anestis
HOGAN LOVELLS LLP
Pericles Building
Rue de la Science 23
Brussels 1040
BELGIUM

Helmut Brokelmann
MLAB Abogados
C/ Claudio Coello, 37,
28001 Madrid
SPAIN

Patricia Cappuyns
Olswang Brussels
Avenue Louise 326 bte 26
B-1050 Brussels
BELGIUM

Paul Clarkson
Nederlandsch Octrooibureau
Postbus 29720
2502 LS The Hague
NETHERLANDS

Wilbert Derks
Hoyng Monegier LLP
Rembrandt Tower, 31st floor
Amstelplein 1
1096 HA Amsterdam
NETHERLANDS

Frank Eijsvogels
Hoyng Monegier LLP
Rembrandt Tower, 31st floor
Amstelplein 1
1096 HA Amsterdam
NETHERLANDS

John Evans
Fulbright & Jaworski LLP
85 Fleet Street
London EC4Y 1AE
UNITED KINGDOM

Joachim Feldges
Field Fisher Waterhouse LLP
Campo Sentilo
Gmunder Straße 53
D-81379 München
GERMANY

Julie Gabler
Rue du Prevot 115
1050 Brussels
BELGIUM

Marc Groebl
Jones Day
Prinzregentenstr. 11
80538 Munich
GERMANDY

Jean de Hauteclocque
Bryan Cave LLP
78 Avenue Raymond Poincaré
Paris 75116
FRANCE

Russell Hill
CHC Helicopter
4740 Agar Dr
Richmond BC V7B 1A3
CANADA

Mark Hodgson
Field Fisher Waterhouse LLP
35 Vine Street, London, EC3N 2PX
Ibex House, The Minories
London, EC3N 1DY
UNITED KINGDOM

Michael Knospe
SJ Berwin LLP
Karolinen Karree
Karlstraße 12
80333 München
GERMANY

Martina Maier
McDermott Will & Emery
Avenue des Nerviens 9-31
1040 Brussels
BELGIUM

Stephen Mavroghenis
Shearman & Sterling LLP
Avenue des Arts 56
B-1000 Bruxelles
BELGIUM

Emily Maxwell
Via Della Resistenza 49
Mazara del Vallo
91026 Sicilia
ITALY

Maarten Meulenbelt
Sidley Austin LLP
NEO Building, Rue Montoyer 51
Montoyerstraat
B-1000 Brussels
BELGIUM

Carl De Meyer
Hoyng Monegier LLP
Avenue des Nerviens 9-31
Nerviërslaan, 4th Floor
B-1040 Brussels
BELGIUM

David Owen
Hoyng Monegier LLP
Rembrandt Tower, 31st floor
Amstelplein 1
1096 HA Amsterdam
NETHERLANDS

Charles Pugh
Bristows
100 Victoria Embankment
London EC4Y 0DH
UNITED KINGDOM

Jacobus "Koos" Rasser
BIOeCON
Hogebrinkerweg 15E
3871 KM Hoevelaken
NETHERLANDS

Trevor Soames
Shearman & Sterling LLP
Avenue des Arts 56
B-1000 Bruxelles
BELGIUM

David Stone
Simmons & Simmons
CityPoint
One Ropemaker Street
London EC2Y 9SS
UNITED KINGDOM

Maria Tan Pedersen
Jones Day
29th Floor, Edinburgh Tower
The Landmark
15 Queen's Road Central
HONG KONG

Bart van den Broek
P.O. Box 94361
1090 GJ Amsterdam
NETHERLANDS

Melanie Willems
Chadbourne & Parke (London) LLP
Regis House
45 King William Street
London, EC4R 9AN
UNITED KINGDOM

Richard Willoughby
Rouse Legal
Exchange Tower 1 Harbour Exchange
Square, 11th Floor
London E14 9GE
UNITED KINGDOM